Callie A. Castillo, WSBA No. 38214
Devon J. McCurdy, WSBA No. 52663
Angela Foster, WSBA No. 52269
Daniel Miller, WSBA No. 56810 (*admission forthcoming*)
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
castilloc@lanepowell.com
mccurdyd@lanepowell.com
fostera@lanepowell.com
millerd@lanepowell.com
*Attorneys for Non-Utilities Plaintiffs*

BAKER BOTTS L.L.P.
Megan H. Berge (DC Bar No. 983714) (*pro hac vice application forthcoming*)
Thomas Jackson (DC Bar No. 384708) (*pro hac vice application forthcoming*)
Scott Novak (DC Bar No. 1736274) (*pro hac vice application forthcoming*)
700 K Street NW
Washington, D.C. 20001
202-639-1308
megan.berge@bakerbotts.com
thomas.jackson@bakerbotts.com
scott.novak@bakerbotts.com
Francesca Eick (WA Bar No. 52432)
401 S 1st, Suite 1300
Austin, TX 78704
512-322-2672
francesca.eick@bakerbotts.com
*Counsel for the Utilities*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMON RIVERA, an individual; INLAND NW AGC, a membership organization; SPOKANE HOME BUILDER'S ASSOCIATION, a | CASE NO. 1:23-cv-03070 **FRCP 7.1 STATEMENT OF AVISTA CORPORATION** |

| | |
|---|---|
| 1 | nonprofit corporation; WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS, a labor organization; CONDRON HOMES LLC, a limited liability company; PARAS HOMES LLC, a limited liability company; GARCO CONSTRUCTION INC., a for-profit corporation, NATIONAL PROPANE GAS ASSOCIATION, a national trade association, CITIZEN ACTION DEFENSE FUND, a nonprofit corporation; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; AND NORTHWEST NATURAL GAS COMPANY, |
| | Plaintiffs, |
| | v. |
| | WASHINGTON STATE BUILDING CODE COUNCIL, |
| | Defendant. |

## I. AVISTA CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Avista Corporation, by and through its attorneys, hereby certifies:

1. Avista Corporation has no parent corporation.

2. BlackRock Inc. owns approximately 18% of Avista Corporation's stock as of 5/16/2023. Avista Corporation further identified the State Street Global Advisors Ltd., an investment advisor fund, as having disclosed that its clients owned approximately 16% of Avista Corporation's stock, and the Vanguard Group, Inc. an investment advisor fund, as having disclosed that its clients owned approximately 12% of Avista Corporation's stock.

1  DATED: May 22, 2023

2                                          BAKER BOTTS L.L.P.

4    By: /s/ Francesca Eick
         Megan H. Berge (DC Bar No. 983714)
5        (*pro hac vice application forthcoming*)
         Thomas Jackson (DC Bar No. 384708)
6        (*pro hac application forthcoming*)
         Scott Novak (DC Bar No. 1736274) (*pro
7        hac application forthcoming*)
         megan.berge@bakerbotts.com
8        thomas.jackson@bakerbotts.com
         scott.novak@bakerbotts.com
9        Francesca Eick (WA Bar No. 52432)
         francesca.eick@bakerbotts.com
10
     Attorneys for the Utilities