Callie A. Castillo, WSBA No. 38214
Devon J. McCurdy, WSBA No. 52663
Angela Foster, WSBA No. 52269 (*admission forthcoming*)
Daniel Miller, WSBA No. 56810 (*admission forthcoming*)
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
Facsimile:  206.223.7107
castilloc@lanepowell.com
mccurdyd@lanepowell.com
fostera@lanepowell.com
millerd@lanepowell.com
*Attorneys for Non-Utilities Plaintiffs*

BAKER BOTTS L.L.P.
Megan H. Berge (DC Bar No. 983714) (*pro hac vice application forthcoming*)
Thomas Jackson (DC Bar No. 384708) (*pro hac vice application forthcoming*)
Scott Novak (DC Bar No. 1736274) (*pro hac vice application forthcoming*)
700 K Street NW
Washington, D.C. 20001
202-639-1308
megan.berge@bakerbotts.com
thomas.jackson@bakerbotts.com
scott.novak@bakerbotts.com
Francesca Eick (WA Bar No. 52432)
401 S 1st, Suite 1300
Austin, TX 78704
512-322-2672
francesca.eick@bakerbotts.com
*Counsel for the Utilities*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMON RIVERA, an individual; INLAND NW AGC, a membership organization; SPOKANE HOME | CASE NO. 1:23-cv-03070 |

FRCP 7.1 STATEMENT OF GARCO CONSTRUCTION INC.

1

132285.0008/9391088.1

| | |
|---|---|
| BUILDER'S ASSOCIATION, a nonprofit corporation; WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS, a labor organization; CONDRON HOMES LLC, a limited liability company; PARAS HOMES LLC, a limited liability company; GARCO CONSTRUCTION INC., a for-profit corporation, NATIONAL PROPANE GAS ASSOCIATION, a national trade association, CITIZEN ACTION DEFENSE FUND, a nonprofit corporation; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; AND NORTHWEST NATURAL GAS COMPANY,<br><br>      Plaintiffs,<br><br> v.<br><br>WASHINGTON STATE BUILDING CODE COUNCIL,<br><br>      Defendant. | **FRCP 7.1 STATEMENT OF GARCO CONSTRUCTION INC.** |

## I. **FRCP 7.1 STATEMENT OF GARCO CONSTRUCTION INC.**

Under Federal Rule of Civil Procedure 7.1, Plaintiff Garco Construction Inc. (Garco) states that it is a Washington for profit corporation formed under the laws of the State of Washington, it does not have a parent company, and no publicly held corporation owns 10 percent or more of its stock

DATED: May 22, 2023

LANE POWELL PC

By:   */s/ Callie A. Castillo*
Callie A. Castillo, WSBA No. 38214
Devon J. McCurdy, WSBA No. 52663
Angela Foster, WSBA No. 52269
Daniel Miller, WSBA No. 56810
Telephone: 206.223.7000
castilloc@lanepowell.com
mccurdyd@lanepowell.com
fostera@lanepowell.com
millerd@lanepowell.com
Attorneys for Non-Utilities Plaintiffs