BAKER BOTTS L.L.P.
Megan H. Berge (DC Bar No. 983714) (*pro hac vice*)
Thomas Jackson (DC Bar No. 384708) (*pro hac vice*)
Scott Novak (DC Bar No. 1736274) (*pro hac vice admission pending*)
700 K Street NW
Washington, D.C. 20001
202-639-1308
megan.berge@bakerbotts.com
thomas.jackson@bakerbotts.com
scott.novak@bakerbotts.com

Francesca Eick (WA Bar No. 52432)
401 S 1st, Suite 1300
Austin, TX 78704
512-322-2672
francesca.eick@bakerbotts.com
*Counsel for the Utilities*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMON RIVERA, an individual; INLAND NW AGC, a membership organization; SPOKANE HOME BUILDER'S ASSOCIATION, a nonprofit corporation; WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS, a labor organization; CONDRON HOMES LLC, a limited liability company; PARAS HOMES LLC, a limited liability company; GARCO CONSTRUCTION INC., a for-profit corporation, NATIONAL PROPANE GAS ASSOCIATION, a national trade association, CITIZEN ACTION DEFENSE FUND, a nonprofit corporation; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; AND NORTHWEST NATURAL GAS COMPANY, | No. 1:23-cv-03070-SAB<br><br>**DECLARATION OF GRANT FORSYTH** |

DECLARATION OF GRANT FORSYTH - 1

|   |   |
|---|---|
| 1 | Plaintiffs, |
| 2 | v. |
| 3 | WASHINGTON STATE BUILDING CODE COUNCIL, |
| 4 | Defendant. |

DECLARATION OF GRANT FORSYTH - 2

## Declaration of Grant Forsyth

1. I am the Senior Forecaster and Economist for Avista Corporation, d/b/a Avista Utilities ("Avista").

2. I have personal knowledge of the facts set, below, and I am competent to testify herein.

3. Sections C403.1.4, C404.2.1, Table C407.2, C502.2.4, C502.2.5, C503.4.6, C503.5, R403.5.7, R403.13, Table R405.2(1), R503.1.2, R503.1.3, R502.3.2, and R502.3.3 ("Appliance Restrictions") of the Washington State Energy Code ban in many instances gas space and water heating appliances in residential and commercial buildings As further explained in this declaration, these Appliance Restrictions have caused, and will continue to cause, Avista significant, irreparable harm.

4. Previously, in 2020-2022, Avista added 6,811 new natural gas customers to its customer base in Washington.

5. As a result of the Appliance Restrictions, Avista projects that it will face a significant decline in its customer growth levels, as the Appliance Restrictions permanently cap Avista's future customer growth. On the residential and commercial sides combined, Avista projects that the Appliance Restrictions will cause a loss of 13,458 customers it would otherwise have between 2024-2030. After

2024, Avista projects that Washington gas customer growth will reduce to a small fraction of new customers. The chart below details these projections:

| Quantifying Projected Lost Gas Meters | | |
|---|---|---|
| **Washington** | **7 Year Total (2024-2030)** | **7 Year Average (2024-2030)** |
| **Residential** | 12,593 | 1,799 |
| **Commercial** | 865 | 124 |
| **Total** | 13,458 | 1,923 |

6. On the residential side, without the Appliance Restrictions, Avista forecasts it would have approximately 13,352 new residential customers between 2024-2030. With the Appliance Restrictions, it is reasonable to assume that Avista will only supply natural gas to a small fraction of new customers, namely those who want gas amenities not banned by the Washington State Energy Code, such as fireplaces and stoves. Avista projects it would lose approximately 12,593 residential customers over this seven-year period as a result of the Appliance Restrictions.

7. On the commercial side, without the Appliance Restrictions, Avista forecasts it would have approximately 917 new commercial customers between 2024-2030. Avista projects it would lose approximately 865 commercial customers over this seven-year period as a result of the Appliance Restrictions.

8. These negative impacts of the Appliance Restrictions pose significant harm to Avista.

9. I declare, under penalty of perjury, that the foregoing is true and correct.

DECLARATION OF GRANT FORSYTH - 4

1 | Executed on June 1, 2023:

2

3

4 | *Grant D. Forsyth*
Grant Forsyth
Senior Forecaster and Economist
5 | Avista Corporation, d/b/a Avista Utilities

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION OF GRANT FORSYTH - 5