BAKER BOTTS L.L.P.
Megan H. Berge (DC Bar No. 983714) (*pro hac vice*)
Thomas Jackson (DC Bar No. 384708) (*pro hac vice*)
Scott Novak (DC Bar No. 1736274) (*pro hac vice admission pending*)
700 K Street NW
Washington, D.C. 20001
202-639-1308
megan.berge@bakerbotts.com
thomas.jackson@bakerbotts.com
scott.novak@bakerbotts.com

Francesca Eick (WA Bar No. 52432)
401 S 1st, Suite 1300
Austin, TX 78704
512-322-2672
francesca.eick@bakerbotts.com

*Counsel for the Utilities*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMON RIVERA, an individual; INLAND NW AGC, a membership organization; SPOKANE HOME BUILDER'S ASSOCIATION, a nonprofit corporation; WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS, a labor organization; CONDRON HOMES LLC, a limited liability company; PARAS HOMES LLC, a limited liability company; GARCO CONSTRUCTION INC., a for-profit corporation, NATIONAL PROPANE GAS ASSOCIATION, a national trade association, CITIZEN ACTION DEFENSE FUND, a nonprofit corporation; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; AND NORTHWEST NATURAL GAS COMPANY, | No. 1:23-cv-03070-SAB<br><br>**DECLARATION OF BRIAN L. ROBERTSON** |

DECLARATION OF BRIAN L. ROBERTSON - 1

| | |
|---|---|
| | Plaintiffs, |
| v. | |
| WASHINGTON STATE BUILDING CODE COUNCIL, | |
| | Defendant. |

DECLARATION OF BRIAN L. ROBERTSON - 2

# Declaration of Brian L. Robertson

1. My name is Brian L. Robertson. I am employed by Cascade Natural Gas Corporation ("Cascade") as Supervisor of Resource Planning.

2. I have personal knowledge of the facts set forth herein.

**Professional Background**

3. I graduated from Central Washington University with a degree in Actuarial Science. After graduating, I joined Cascade in February 2014 as a Regulatory Analyst. I joined the Gas Supply department in March 2015 as a Resource Planning Analyst II. In July 2016, I was promoted to Senior Resource Planning Analyst. In June 2019, I was promoted to Supervisor of Resource Planning.

4. As Supervisor of Resource Planning, my job duties include supervising two analysts, as well as performing long-term forecasting, market research, upstream modeling, and other duties regarding Cascade's Integrated Resource Plan.

**The Appliance Restrictions Harm Cascade's Customer Growth**

5. Sections C403.1.4, C404.2.1, Table C407.2, C502.2.4, C502.2.5, C503.4.6, C503.5, R403.5.7, R403.13, Table R405.2(1), R503.1.2, R503.1.3, R502.3.2, and R502.3.3 of the 2021 Washington Energy Codes (collectively, "Appliance Restrictions") ban in many instances gas space and water heating appliances in residential and commercial buildings.

6. Previously, in 2020-2022, Cascade added 9,694 new residential and commercial customers to its customer base in Washington. This consisted of 766 new commercial customers and 8,928 new residential customers. In light of the Appliance Restrictions, Cascade anticipates this level of new customer growth to decline.

| Row Labels | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | 2020-2022 |
|---|---|---|---|---|---|
| GAS-FIRM COMMERCIAL | 26,880 | 27,055 | 27,394 | 27,646 | 766 |
| GAS-RESIDENTIAL | 193,905 | 197,405 | 200,510 | 202,833 | 8,928 |
| Grand Total | 220,785 | 224,460 | 227,904 | 230,479 | 9,694 |

7. Before the adoption of the Appliance Restrictions, Cascade forecasted adding 24,970 new residential customers in Washington between 2024-2030 in the Integrated Resource Plan Cascade submitted to the Washington Utilities and Transportation Commission. Cascade Natural Gas Corporation, *2023 Cascade IRP – Appendix B*, 139, In the Matter of Cascade Natural Gas Corporation 2023 Integrated Resource Plan, Washington Utilities and Transportation Commission Docket No. UG-220131 (Feb. 24, 2023) (*See* Attachment 1). This represents the addition of approximately 3,567 customers a year in Washington.

8. On the commercial side, before the Appliance Restrictions, Cascade forecasted in its Integrated Resource Plan that it would have approximately 3,140 new commercial customers between 2024-2030. *Id.* This represents the addition of approximately 449 commercial customers a year in Washington.

DECLARATION OF BRIAN L. ROBERTSON - 4

9. As a result of the Appliance Restrictions, Cascade projects that it will face a significant decline in the above forecasted growth levels set forth in its Integrated Resource Plan.

10. In proceedings before the Washington Utilities and Transportation Commission, multiple parties, including the Commission's Staff, have cited the 2021 Washington State Energy Codes as a reason why Cascade will not have future customer growth and will experience a decline in customers overall. *See, e.g.,* Washington Utilities and Transportation Commission, *Commission Staff Comments Regarding 2023 Natural Gas Integrated Resource Plan*, 5, In the Matter of Cascade Natural Gas Corporation 2023 Integrated Resource Plan, Washington Utilities and Transportation Commission Docket No. UG-220131 (Apr. 28, 2023) ("Combined, Staff finds these statutes and code changes should result in zero customer growth by 2031. After which time, the natural rate of building stock attrition should consistently decrease customer counts.") (*See* Attachment 2).

11. The addition of new customers to the gas system helps maintain the current gas system to ensure safety, reliability, and resiliency by providing funds to maintain and upgrade Cascade's infrastructure while allowing these costs to be spread over a growing customer base, thereby keeping costs for individual customers at a reasonable level. Thus, sharply curtailing the addition of new customers to the gas system will increase gas service costs for existing customers.

12. The combination of the above negative impacts of the Appliance Restrictions poses significant harm to Cascade.

13. I declare, under penalty of perjury, that the foregoing is true and correct. Executed on June 1, 2023:

/s/ Brian Robertson
Brian L. Robertson
Supervisor of Resource Planning
Cascade Natural Gas Corporation

# DECLARATION OF BRIAN L. ROBERTSON - ATTACHMENT 1

**2023 Cascade IRP – Appendix B, 139, In the Matter of Cascade Natural Gas Corporation 2023 Integrated Resource Plan, Washington Utilities and Transportation Commission Docket No. UG-220131 (Feb. 24, 2023)**

1

Cascade Natural Gas
2023 IRP Demand Forecast Summary Tables

## Washington

### Annual Requirements (Therms)

| Year | Low Heating | Low Baseload | Low Total | Expected Heating | Expected Baseload | Expected Total | High Heating | High Baseload | High Total |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | 186,498,200 | 68,225,877 | 254,724,076 | 188,457,692 | 68,225,877 | 256,683,569 | 195,488,010 | 68,225,877 | 263,713,887 |
| 2024 | 187,627,840 | 69,745,300 | 257,373,140 | 192,126,033 | 69,745,300 | 261,871,333 | 200,730,948 | 69,745,300 | 270,476,248 |
| 2025 | 186,361,712 | 70,875,617 | 257,237,329 | 192,901,853 | 70,875,617 | 263,777,469 | 203,444,898 | 70,875,617 | 274,320,515 |
| 2026 | 186,081,284 | 72,171,863 | 258,253,146 | 194,784,480 | 72,171,863 | 266,956,343 | 207,585,364 | 72,171,863 | 279,757,227 |
| 2027 | 186,078,113 | 73,057,563 | 259,135,676 | 196,946,212 | 73,057,563 | 270,003,774 | 211,863,809 | 73,057,563 | 284,921,372 |
| 2028 | 187,220,485 | 73,959,722 | 261,180,207 | 200,319,184 | 73,959,722 | 274,278,905 | 217,877,734 | 73,959,722 | 291,837,456 |
| 2029 | 185,545,342 | 75,381,656 | 260,926,998 | 201,024,200 | 75,381,656 | 276,405,857 | 220,350,445 | 75,381,656 | 295,732,101 |
| 2030 | 185,541,092 | 75,932,562 | 261,473,654 | 203,070,734 | 75,932,562 | 279,003,296 | 224,171,914 | 75,932,562 | 300,104,476 |
| 2031 | 185,277,471 | 77,055,267 | 262,332,738 | 204,938,521 | 77,055,267 | 281,993,788 | 228,673,402 | 77,055,267 | 305,728,669 |
| 2032 | 186,396,764 | 77,729,068 | 264,125,831 | 208,422,776 | 77,729,068 | 286,151,844 | 234,295,119 | 77,729,068 | 312,024,187 |
| 2033 | 184,780,914 | 78,761,010 | 263,541,924 | 208,822,735 | 78,761,010 | 287,583,745 | 236,880,819 | 78,761,010 | 315,641,829 |
| 2034 | 184,254,856 | 79,970,409 | 264,225,265 | 210,595,706 | 79,970,409 | 290,566,115 | 241,223,803 | 79,970,409 | 321,194,212 |
| 2035 | 183,773,896 | 81,101,460 | 264,875,355 | 212,257,505 | 81,101,460 | 293,358,965 | 245,141,208 | 81,101,460 | 326,242,668 |
| 2036 | 184,852,617 | 81,995,247 | 266,847,864 | 215,595,853 | 81,995,247 | 297,591,100 | 251,643,619 | 81,995,247 | 333,638,866 |
| 2037 | 182,932,307 | 83,383,150 | 266,315,457 | 215,866,449 | 83,383,150 | 299,249,599 | 253,972,718 | 83,383,150 | 337,355,868 |
| 2038 | 182,739,261 | 84,160,506 | 266,899,767 | 217,771,439 | 84,160,506 | 301,931,946 | 258,241,535 | 84,160,506 | 342,402,041 |
| 2039 | 182,157,062 | 85,374,840 | 267,531,901 | 219,408,506 | 85,374,840 | 304,783,346 | 262,812,679 | 85,374,840 | 348,187,519 |
| 2040 | 182,723,066 | 86,510,012 | 269,233,078 | 222,336,096 | 86,510,012 | 308,846,108 | 268,186,889 | 86,510,012 | 354,696,901 |
| 2041 | 181,197,889 | 87,551,428 | 268,749,318 | 222,649,245 | 87,551,428 | 310,200,674 | 271,509,840 | 87,551,428 | 359,061,268 |
| 2042 | 180,494,020 | 88,769,202 | 269,263,222 | 224,279,837 | 88,769,202 | 313,049,039 | 275,419,394 | 88,769,202 | 364,188,596 |
| 2043 | 179,893,327 | 89,868,933 | 269,762,260 | 225,763,882 | 89,868,933 | 315,632,815 | 279,443,501 | 89,868,933 | 369,312,434 |
| 2044 | 180,850,033 | 90,647,262 | 271,497,295 | 229,137,172 | 90,647,262 | 319,784,434 | 286,294,885 | 90,647,262 | 376,942,147 |
| 2045 | 178,876,828 | 91,905,795 | 270,782,623 | 229,243,528 | 91,905,795 | 321,149,324 | 288,388,486 | 91,905,795 | 380,294,281 |
| 2046 | 177,925,352 | 93,058,742 | 270,984,094 | 230,187,240 | 93,058,742 | 323,245,983 | 291,818,127 | 93,058,742 | 384,876,869 |
| 2047 | 176,847,226 | 94,620,910 | 271,468,136 | 231,371,783 | 94,620,910 | 325,992,693 | 296,114,363 | 94,620,910 | 390,735,273 |
| 2048 | 177,862,284 | 95,152,511 | 273,014,795 | 234,652,645 | 95,152,511 | 329,805,155 | 302,245,400 | 95,152,511 | 397,497,911 |
| 2049 | 175,439,564 | 95,858,615 | 271,298,178 | 235,126,324 | 95,858,615 | 330,984,939 | 305,814,463 | 95,858,615 | 401,673,078 |
| 2050 | 174,654,018 | 96,999,012 | 271,653,031 | 236,542,907 | 96,999,012 | 333,541,920 | 309,794,783 | 96,999,012 | 406,793,795 |

### Annual Change

| Year | Low Heating | Low Baseload | Low Total | Expected Heating | Expected Baseload | Expected Total | High Heating | High Baseload | High Total |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 2024 | 0.61% | 2.23% | 1.04% | 1.95% | 2.23% | 2.02% | 2.68% | 2.23% | 2.56% |
| 2025 | -0.67% | 1.62% | -0.05% | 0.40% | 1.62% | 0.73% | 1.35% | 1.62% | 1.42% |
| 2026 | -0.15% | 1.83% | 0.39% | 0.98% | 1.83% | 1.21% | 2.04% | 1.83% | 1.98% |
| 2027 | 0.00% | 1.23% | 0.34% | 1.11% | 1.23% | 1.14% | 2.06% | 1.23% | 1.85% |
| 2028 | 0.61% | 1.23% | 0.79% | 1.71% | 1.23% | 1.58% | 2.84% | 1.23% | 2.43% |
| 2029 | -0.89% | 1.92% | -0.10% | 0.35% | 1.92% | 0.78% | 1.13% | 1.92% | 1.33% |
| 2030 | 0.00% | 0.73% | 0.21% | 1.02% | 0.73% | 0.94% | 1.73% | 0.73% | 1.48% |
| 2031 | -0.14% | 1.48% | 0.33% | 0.92% | 1.48% | 1.07% | 2.01% | 1.48% | 1.87% |
| 2032 | 0.60% | 0.87% | 0.68% | 1.70% | 0.87% | 1.47% | 2.46% | 0.87% | 2.06% |
| 2033 | -0.87% | 1.33% | -0.22% | 0.19% | 1.33% | 0.50% | 1.10% | 1.33% | 1.16% |
| 2034 | -0.28% | 1.54% | 0.26% | 0.85% | 1.54% | 1.04% | 1.83% | 1.54% | 1.76% |
| 2035 | -0.26% | 1.41% | 0.25% | 0.79% | 1.41% | 0.96% | 1.62% | 1.41% | 1.57% |
| 2036 | 0.59% | 1.10% | 0.74% | 1.57% | 1.10% | 1.43% | 2.65% | 1.10% | 2.27% |
| 2037 | -1.04% | 1.69% | -0.20% | 0.13% | 1.69% | 0.56% | 0.93% | 1.69% | 1.11% |
| 2038 | -0.11% | 0.93% | 0.22% | 0.88% | 0.93% | 0.90% | 1.68% | 0.93% | 1.50% |
| 2039 | -0.32% | 1.44% | 0.24% | 0.75% | 1.44% | 0.94% | 1.77% | 1.44% | 1.69% |
| 2040 | 0.31% | 1.33% | 0.64% | 1.33% | 1.33% | 1.33% | 2.04% | 1.33% | 1.87% |
| 2041 | -0.83% | 1.20% | -0.18% | 0.14% | 1.20% | 0.44% | 1.24% | 1.20% | 1.23% |
| 2042 | -0.39% | 1.39% | 0.19% | 0.73% | 1.39% | 0.92% | 1.44% | 1.39% | 1.43% |
| 2043 | -0.33% | 1.24% | 0.19% | 0.66% | 1.24% | 0.83% | 1.46% | 1.24% | 1.41% |
| 2044 | 0.53% | 0.87% | 0.64% | 1.49% | 0.87% | 1.32% | 2.45% | 0.87% | 2.07% |
| 2045 | -1.09% | 1.39% | -0.26% | 0.05% | 1.39% | 0.43% | 0.73% | 1.39% | 0.89% |
| 2046 | -0.53% | 1.25% | 0.07% | 0.41% | 1.25% | 0.65% | 1.19% | 1.25% | 1.21% |
| 2047 | -0.61% | 1.68% | 0.18% | 0.51% | 1.68% | 0.85% | 1.47% | 1.68% | 1.52% |
| 2048 | 0.57% | 0.56% | 0.57% | 1.42% | 0.56% | 1.17% | 2.07% | 0.56% | 1.73% |
| 2049 | -1.36% | 0.74% | -0.63% | 0.20% | 0.74% | 0.36% | 1.15% | 0.74% | 1.05% |
| 2050 | -0.45% | 1.19% | 0.13% | 0.60% | 1.19% | 0.77% | 1.30% | 1.19% | 1.27% |

### Peak Day - Baseload

| Year | Low Daily Baseload | Low Peak | Low Total | Expected Daily Baseload | Expected Peak | Expected Total | High Daily Baseload | High Peak | High Total |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | 186,920 | 1,500,631 | 1,687,551 | 186,920 | 1,700,556 | 1,887,476 | 186,920 | 2,222,637 | 2,409,557 |
| 2024 | 191,083 | 1,487,811 | 1,678,894 | 191,083 | 1,696,476 | 1,887,559 | 191,083 | 2,223,813 | 2,414,896 |
| 2025 | 194,180 | 1,501,240 | 1,695,419 | 194,180 | 1,723,208 | 1,917,388 | 194,180 | 2,266,848 | 2,461,028 |
| 2026 | 197,731 | 1,547,417 | 1,745,148 | 197,731 | 1,785,338 | 1,983,069 | 197,731 | 2,355,405 | 2,553,136 |
| 2027 | 200,158 | 1,562,939 | 1,763,096 | 200,158 | 1,814,579 | 2,014,737 | 200,158 | 2,401,202 | 2,601,359 |
| 2028 | 202,629 | 1,583,188 | 1,785,817 | 202,629 | 1,846,755 | 2,049,385 | 202,629 | 2,448,750 | 2,651,380 |
| 2029 | 206,525 | 1,599,954 | 1,806,479 | 206,525 | 1,874,331 | 2,080,856 | 206,525 | 2,490,242 | 2,696,767 |
| 2030 | 208,034 | 1,585,714 | 1,793,748 | 208,034 | 1,866,635 | 2,074,669 | 208,034 | 2,484,485 | 2,692,519 |
| 2031 | 211,110 | 1,604,277 | 1,815,387 | 211,110 | 1,896,157 | 2,107,268 | 211,110 | 2,528,104 | 2,739,214 |
| 2032 | 212,956 | 1,653,846 | 1,866,802 | 212,956 | 1,962,061 | 2,175,018 | 212,956 | 2,620,847 | 2,833,804 |
| 2033 | 215,784 | 1,666,089 | 1,881,873 | 215,784 | 1,990,081 | 2,205,865 | 215,784 | 2,666,882 | 2,882,665 |
| 2034 | 219,097 | 1,683,448 | 1,902,545 | 219,097 | 2,019,131 | 2,238,229 | 219,097 | 2,710,266 | 2,929,363 |
| 2035 | 222,196 | 1,704,241 | 1,926,437 | 222,196 | 2,048,347 | 2,270,543 | 222,196 | 2,751,059 | 2,973,255 |
| 2036 | 224,645 | 1,691,667 | 1,916,311 | 224,645 | 2,041,534 | 2,266,179 | 224,645 | 2,745,185 | 2,969,830 |
| 2037 | 228,447 | 1,738,211 | 1,966,658 | 228,447 | 2,107,390 | 2,335,837 | 228,447 | 2,840,294 | 3,068,741 |
| 2038 | 230,577 | 1,755,138 | 1,985,715 | 230,577 | 2,135,820 | 2,366,397 | 230,577 | 2,882,940 | 3,113,517 |
| 2039 | 233,904 | 1,771,480 | 2,005,383 | 233,904 | 2,166,158 | 2,400,062 | 233,904 | 2,929,180 | 3,163,084 |
| 2040 | 237,014 | 1,791,001 | 2,028,015 | 237,014 | 2,194,366 | 2,431,380 | 237,014 | 2,969,263 | 3,206,277 |
| 2041 | 239,867 | 1,772,681 | 2,012,548 | 239,867 | 2,182,888 | 2,422,755 | 239,867 | 2,958,528 | 3,198,394 |
| 2042 | 243,203 | 1,788,244 | 2,031,447 | 243,203 | 2,210,031 | 2,453,234 | 243,203 | 2,999,649 | 3,242,852 |
| 2043 | 246,216 | 1,838,945 | 2,085,161 | 246,216 | 2,279,866 | 2,526,082 | 246,216 | 3,098,968 | 3,345,185 |
| 2044 | 248,349 | 1,859,814 | 2,108,163 | 248,349 | 2,313,720 | 2,562,069 | 248,349 | 3,147,935 | 3,396,283 |
| 2045 | 251,797 | 1,874,660 | 2,126,457 | 251,797 | 2,340,748 | 2,592,545 | 251,797 | 3,189,108 | 3,440,905 |
| 2046 | 254,955 | 1,887,520 | 2,142,475 | 254,955 | 2,365,478 | 2,620,434 | 254,955 | 3,227,942 | 3,482,897 |
| 2047 | 259,235 | 1,866,911 | 2,126,146 | 259,235 | 2,349,575 | 2,608,810 | 259,235 | 3,210,169 | 3,469,404 |
| 2048 | 260,692 | 1,920,480 | 2,181,172 | 260,692 | 2,424,256 | 2,684,948 | 260,692 | 3,316,470 | 3,577,161 |
| 2049 | 262,626 | 1,938,576 | 2,201,202 | 262,626 | 2,455,734 | 2,718,360 | 262,626 | 3,362,765 | 3,625,392 |
| 2050 | 265,751 | 1,953,984 | 2,219,734 | 265,751 | 2,484,381 | 2,750,132 | 265,751 | 3,406,394 | 3,672,145 |

### Annual Change (Peak Day)

| Year | Low Base | Low Peak | Low Total | Expected Base | Expected Peak | Expected Total | High Base | High Peak | High Total |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 2024 | 2.23% | -0.85% | -0.51% | 2.23% | -0.24% | 0.00% | 2.23% | 0.05% | 0.22% |
| 2025 | 1.62% | 0.90% | 0.98% | 1.62% | 1.58% | 1.58% | 1.62% | 1.94% | 1.91% |
| 2026 | 1.83% | 3.08% | 2.93% | 1.83% | 3.61% | 3.43% | 1.83% | 3.91% | 3.74% |
| 2027 | 1.23% | 1.00% | 1.03% | 1.23% | 1.64% | 1.60% | 1.23% | 1.94% | 1.89% |
| 2028 | 1.23% | 1.30% | 1.29% | 1.23% | 1.77% | 1.72% | 1.23% | 1.98% | 1.92% |
| 2029 | 1.92% | 1.06% | 1.16% | 1.92% | 1.49% | 1.54% | 1.92% | 1.69% | 1.71% |
| 2030 | 0.73% | -0.89% | -0.70% | 0.73% | -0.41% | -0.30% | 0.73% | -0.23% | -0.16% |
| 2031 | 1.48% | 1.17% | 1.21% | 1.48% | 1.58% | 1.57% | 1.48% | 1.76% | 1.73% |
| 2032 | 0.87% | 3.09% | 2.83% | 0.87% | 3.48% | 3.22% | 0.87% | 3.67% | 3.45% |
| 2033 | 1.33% | 0.74% | 0.81% | 1.33% | 1.43% | 1.42% | 1.33% | 1.76% | 1.72% |
| 2034 | 1.54% | 1.04% | 1.10% | 1.54% | 1.46% | 1.47% | 1.54% | 1.63% | 1.62% |
| 2035 | 1.41% | 1.24% | 1.26% | 1.41% | 1.45% | 1.44% | 1.41% | 1.51% | 1.50% |
| 2036 | 1.10% | -0.74% | -0.53% | 1.10% | -0.33% | -0.19% | 1.10% | -0.21% | -0.12% |
| 2037 | 1.69% | 2.75% | 2.63% | 1.69% | 3.23% | 3.07% | 1.69% | 3.46% | 3.33% |
| 2038 | 0.93% | 0.97% | 0.97% | 0.93% | 1.35% | 1.31% | 0.93% | 1.50% | 1.46% |
| 2039 | 1.44% | 0.93% | 0.99% | 1.44% | 1.42% | 1.42% | 1.44% | 1.60% | 1.59% |
| 2040 | 1.33% | 1.10% | 1.13% | 1.33% | 1.30% | 1.30% | 1.33% | 1.37% | 1.37% |
| 2041 | 1.20% | -1.02% | -0.76% | 1.20% | -0.52% | -0.35% | 1.20% | -0.36% | -0.25% |
| 2042 | 1.39% | 0.88% | 0.94% | 1.39% | 1.24% | 1.26% | 1.39% | 1.39% | 1.39% |
| 2043 | 1.24% | 2.84% | 2.64% | 1.24% | 3.16% | 2.97% | 1.24% | 3.31% | 3.16% |
| 2044 | 0.87% | 1.13% | 1.10% | 0.87% | 1.48% | 1.42% | 0.87% | 1.58% | 1.53% |
| 2045 | 1.39% | 0.80% | 0.87% | 1.39% | 1.17% | 1.19% | 1.39% | 1.31% | 1.31% |
| 2046 | 1.25% | 0.69% | 0.75% | 1.25% | 1.06% | 1.08% | 1.25% | 1.22% | 1.22% |
| 2047 | 1.68% | -1.09% | -0.76% | 1.68% | -0.67% | -0.44% | 1.68% | -0.55% | -0.39% |
| 2048 | 0.56% | 2.87% | 2.59% | 0.56% | 3.18% | 2.92% | 0.56% | 3.31% | 3.11% |
| 2049 | 0.74% | 0.94% | 0.92% | 0.74% | 1.30% | 1.24% | 0.74% | 1.40% | 1.35% |
| 2050 | 1.19% | 0.79% | 0.84% | 1.19% | 1.17% | 1.17% | 1.19% | 1.30% | 1.29% |

### Therms Usage by Class

| Year | Low Res | Low Com/Ind | Low Total | Expected Res | Expected Com/Ind | Expected Total | High Res | High Com/Ind | High Total |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | 132,624,479 | 122,099,597 | 254,724,076 | 133,712,148 | 122,971,421 | 256,683,569 | 137,275,979 | 126,437,908 | 263,713,887 |
| 2024 | 134,049,813 | 123,323,327 | 257,373,140 | 136,321,636 | 125,549,697 | 261,871,333 | 141,035,126 | 129,441,122 | 270,476,248 |
| 2025 | 133,988,307 | 123,249,022 | 257,237,329 | 137,424,229 | 126,353,240 | 263,777,469 | 143,251,853 | 131,068,662 | 274,320,515 |
| 2026 | 134,494,059 | 123,759,088 | 258,253,146 | 139,101,409 | 127,854,934 | 266,956,343 | 146,087,721 | 133,669,506 | 279,757,227 |
| 2027 | 134,973,559 | 124,162,117 | 259,135,676 | 140,752,251 | 129,251,524 | 270,003,774 | 148,915,837 | 136,005,535 | 284,921,372 |
| 2028 | 136,023,599 | 125,156,608 | 261,180,207 | 143,003,976 | 131,274,930 | 274,278,905 | 152,415,840 | 139,421,616 | 291,837,456 |
| 2029 | 135,901,528 | 125,025,470 | 260,926,998 | 144,025,257 | 132,380,600 | 276,405,857 | 154,611,747 | 141,120,354 | 295,732,101 |
| 2030 | 136,332,641 | 125,141,013 | 261,473,654 | 145,624,983 | 133,378,313 | 279,003,296 | 157,448,808 | 142,655,668 | 300,104,476 |
| 2031 | 136,753,105 | 125,579,634 | 262,332,738 | 147,210,869 | 134,782,919 | 281,993,788 | 160,299,327 | 145,429,342 | 305,728,669 |
| 2032 | 137,749,150 | 126,376,681 | 264,125,831 | 149,425,856 | 136,725,987 | 286,151,844 | 163,859,069 | 148,165,118 | 312,024,187 |
| 2033 | 137,460,430 | 126,081,494 | 263,541,924 | 150,244,120 | 137,339,625 | 287,583,745 | 165,893,952 | 149,747,877 | 315,641,829 |
| 2034 | 137,794,497 | 126,430,768 | 264,225,265 | 151,733,588 | 138,832,527 | 290,566,115 | 168,690,182 | 152,504,030 | 321,194,212 |
| 2035 | 138,158,190 | 126,717,165 | 264,875,355 | 153,254,280 | 140,104,685 | 293,358,965 | 171,538,694 | 154,703,974 | 326,242,668 |
| 2036 | 139,153,627 | 127,694,237 | 266,847,864 | 155,483,205 | 142,107,895 | 297,591,100 | 175,211,516 | 158,427,350 | 333,638,866 |
| 2037 | 138,879,085 | 127,436,372 | 266,315,457 | 156,289,783 | 142,959,816 | 299,249,599 | 177,285,285 | 160,070,583 | 337,355,868 |
| 2038 | 139,209,716 | 127,690,051 | 266,899,767 | 157,770,146 | 144,161,800 | 301,931,946 | 180,140,691 | 162,261,350 | 342,402,041 |
| 2039 | 139,507,850 | 128,024,052 | 267,531,901 | 159,210,819 | 145,572,527 | 304,783,346 | 182,969,594 | 165,217,925 | 348,187,519 |
| 2040 | 140,442,188 | 128,790,891 | 269,233,078 | 161,385,447 | 147,460,661 | 308,846,108 | 186,670,521 | 168,026,380 | 354,696,901 |
| 2041 | 140,137,763 | 128,611,555 | 268,749,318 | 162,130,478 | 148,070,195 | 310,200,674 | 188,655,693 | 170,341,603 | 359,061,268 |
| 2042 | 140,419,172 | 128,844,050 | 269,263,222 | 163,546,331 | 149,502,708 | 313,049,039 | 191,568,438 | 172,620,158 | 364,188,596 |
| 2043 | 140,689,722 | 129,072,538 | 269,762,260 | 164,948,510 | 150,684,306 | 315,632,815 | 194,415,028 | 174,897,406 | 369,312,434 |
| 2044 | 141,547,562 | 129,949,733 | 271,497,295 | 167,046,256 | 152,738,177 | 319,784,434 | 198,112,675 | 178,829,472 | 376,942,147 |
| 2045 | 141,180,770 | 129,601,853 | 270,782,623 | 167,690,580 | 153,458,743 | 321,149,324 | 200,081,193 | 180,213,088 | 380,294,281 |
| 2046 | 141,439,156 | 129,544,938 | 270,984,094 | 169,070,218 | 154,175,764 | 323,245,983 | 202,948,872 | 181,927,997 | 384,876,869 |
| 2047 | 141,660,830 | 129,807,305 | 271,468,136 | 170,405,020 | 155,587,673 | 325,992,693 | 205,772,392 | 184,962,881 | 390,735,273 |
| 2048 | 142,492,772 | 130,522,022 | 273,014,795 | 172,481,469 | 157,323,686 | 329,805,155 | 209,526,030 | 187,971,881 | 397,497,911 |
| 2049 | 142,077,618 | 129,220,560 | 271,298,178 | 173,039,669 | 157,945,270 | 330,984,939 | 211,425,032 | 190,248,046 | 401,673,078 |
| 2050 | 142,254,692 | 129,398,339 | 271,653,031 | 174,311,078 | 159,230,841 | 333,541,920 | 214,215,942 | 192,577,853 | 406,793,795 |

### Annual Change (Therms Usage by Class)

| Year | Low Res | Low Com/Ind | Low Total | Expected Res | Expected Com/Ind | Expected Total | High Res | High Com/Ind | High Total |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 2024 | 1.07% | 1.00% | 1.04% | 1.96% | 2.10% | 2.02% | 2.74% | 2.38% | 2.56% |
| 2025 | -0.05% | -0.06% | -0.05% | 0.81% | 0.64% | 0.73% | 1.57% | 1.26% | 1.42% |
| 2026 | 0.38% | 0.41% | 0.39% | 1.22% | 1.19% | 1.21% | 1.98% | 1.98% | 1.98% |
| 2027 | 0.36% | 0.33% | 0.34% | 1.19% | 1.09% | 1.14% | 1.94% | 1.75% | 1.85% |
| 2028 | 0.78% | 0.80% | 0.79% | 1.60% | 1.57% | 1.58% | 2.35% | 2.51% | 2.43% |
| 2029 | -0.09% | -0.10% | -0.10% | 0.71% | 0.84% | 0.78% | 1.44% | 1.22% | 1.33% |
| 2030 | 0.32% | 0.09% | 0.21% | 1.11% | 0.75% | 0.94% | 1.83% | 1.09% | 1.48% |
| 2031 | 0.31% | 0.35% | 0.33% | 1.09% | 1.05% | 1.07% | 1.81% | 1.94% | 1.87% |
| 2032 | 0.73% | 0.63% | 0.68% | 1.50% | 1.44% | 1.47% | 2.22% | 1.88% | 2.06% |
| 2033 | -0.21% | -0.23% | -0.22% | 0.55% | 0.45% | 0.50% | 1.24% | 1.07% | 1.16% |
| 2034 | 0.24% | 0.28% | 0.26% | 0.99% | 1.09% | 1.04% | 1.69% | 1.84% | 1.76% |
| 2035 | 0.26% | 0.23% | 0.25% | 1.00% | 0.92% | 0.96% | 1.69% | 1.44% | 1.57% |
| 2036 | 0.72% | 0.77% | 0.74% | 1.45% | 1.43% | 1.44% | 2.14% | 2.41% | 2.27% |
| 2037 | -0.20% | -0.20% | -0.20% | 0.52% | 0.60% | 0.56% | 1.18% | 1.04% | 1.11% |
| 2038 | 0.24% | 0.20% | 0.22% | 0.95% | 0.84% | 0.90% | 1.61% | 1.37% | 1.50% |
| 2039 | 0.21% | 0.26% | 0.24% | 0.91% | 0.98% | 0.94% | 1.57% | 1.82% | 1.69% |
| 2040 | 0.67% | 0.60% | 0.64% | 1.37% | 1.30% | 1.33% | 2.02% | 1.70% | 1.87% |
| 2041 | -0.22% | -0.14% | -0.18% | 0.46% | 0.41% | 0.44% | 1.10% | 1.38% | 1.23% |
| 2042 | 0.20% | 0.18% | 0.19% | 0.87% | 0.97% | 0.92% | 1.51% | 1.34% | 1.43% |
| 2043 | 0.19% | 0.18% | 0.19% | 0.86% | 0.79% | 0.83% | 1.49% | 1.32% | 1.41% |
| 2044 | 0.61% | 0.68% | 0.64% | 1.27% | 1.36% | 1.32% | 1.90% | 2.25% | 2.07% |
| 2045 | -0.26% | -0.27% | -0.26% | 0.39% | 0.47% | 0.43% | 0.99% | 0.77% | 0.89% |
| 2046 | 0.18% | -0.04% | 0.07% | 0.82% | 0.47% | 0.65% | 1.43% | 0.95% | 1.21% |
| 2047 | 0.16% | 0.20% | 0.18% | 0.79% | 0.92% | 0.85% | 1.39% | 1.67% | 1.52% |
| 2048 | 0.59% | 0.55% | 0.57% | 1.22% | 1.12% | 1.17% | 1.82% | 1.63% | 1.73% |
| 2049 | -0.29% | -1.00% | -0.63% | 0.32% | 0.40% | 0.36% | 0.91% | 1.21% | 1.05% |
| 2050 | 0.12% | 0.14% | 0.13% | 0.73% | 0.81% | 0.77% | 1.32% | 1.22% | 1.27% |

### Customer Count Forecast

| Year | Low Res | Low Com/Ind | Low Total | Expected Res | Expected Com/Ind | Expected Total | High Res | High Com/Ind | High Total |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | 204,030 | 28,321 | 232,351 | 207,857 | 28,838 | 236,695 | 211,331 | 29,296 | 240,626 |
| 2024 | 205,745 | 28,541 | 234,285 | 211,432 | 29,291 | 240,723 | 216,689 | 29,978 | 246,667 |
| 2025 | 207,440 | 28,753 | 236,193 | 214,995 | 29,732 | 244,727 | 222,087 | 30,652 | 252,739 |
| 2026 | 209,117 | 28,964 | 238,081 | 218,561 | 30,180 | 248,741 | 227,532 | 31,332 | 258,864 |
| 2027 | 210,778 | 29,175 | 239,953 | 222,124 | 30,634 | 252,758 | 233,022 | 32,024 | 265,047 |
| 2028 | 212,429 | 29,385 | 241,814 | 225,696 | 31,082 | 256,778 | 238,581 | 32,723 | 271,304 |
| 2029 | 214,062 | 29,591 | 243,653 | 229,261 | 31,529 | 260,790 | 244,174 | 33,421 | 277,595 |
| 2030 | 215,679 | 29,796 | 245,475 | 232,827 | 31,978 | 264,805 | 249,837 | 34,125 | 283,937 |
| 2031 | 217,287 | 29,999 | 247,286 | 236,390 | 32,426 | 268,816 | 255,512 | 34,835 | 290,347 |
| 2032 | 218,882 | 30,202 | 249,084 | 239,961 | 32,874 | 272,835 | 261,264 | 35,552 | 296,817 |
| 2033 | 220,461 | 30,402 | 250,862 | 243,524 | 33,320 | 276,844 | 267,049 | 36,272 | 303,321 |
| 2034 | 222,027 | 30,602 | 252,629 | 247,087 | 33,769 | 280,856 | 272,881 | 37,002 | 309,883 |
| 2035 | 223,581 | 30,799 | 254,380 | 250,650 | 34,218 | 284,868 | 278,761 | 37,732 | 316,492 |
| 2036 | 225,127 | 30,997 | 256,125 | 254,224 | 34,669 | 288,893 | 284,703 | 38,478 | 323,182 |
| 2037 | 226,659 | 31,192 | 257,851 | 257,788 | 35,118 | 292,906 | 290,678 | 39,221 | 329,899 |
| 2038 | 228,178 | 31,385 | 259,563 | 261,353 | 35,563 | 296,916 | 296,693 | 39,966 | 336,659 |
| 2039 | 229,686 | 31,578 | 261,264 | 264,914 | 36,015 | 300,929 | 302,757 | 40,720 | 343,477 |
| 2040 | 231,187 | 31,768 | 262,955 | 268,488 | 36,458 | 304,946 | 308,878 | 41,476 | 350,354 |
| 2041 | 232,673 | 31,958 | 264,632 | 272,067 | 36,910 | 308,957 | 315,027 | 42,243 | 357,269 |
| 2042 | 234,150 | 32,149 | 266,299 | 275,612 | 37,360 | 312,972 | 321,223 | 43,016 | 364,240 |
| 2043 | 235,616 | 32,333 | 267,949 | 279,176 | 37,806 | 316,982 | 327,461 | 43,778 | 371,239 |
| 2044 | 237,077 | 32,522 | 269,599 | 282,746 | 38,258 | 321,004 | 333,760 | 44,567 | 378,327 |
| 2045 | 238,523 | 32,706 | 271,229 | 286,308 | 38,705 | 325,013 | 340,081 | 45,347 | 385,427 |
| 2046 | 239,962 | 32,889 | 272,851 | 289,873 | 39,151 | 329,024 | 346,452 | 46,134 | 392,587 |
| 2047 | 241,389 | 33,072 | 274,460 | 293,437 | 39,600 | 333,037 | 352,857 | 46,875 | 399,784 |
| 2048 | 242,813 | 33,254 | 276,067 | 297,006 | 40,048 | 337,054 | 359,331 | 47,728 | 407,059 |
| 2049 | 244,223 | 33,436 | 277,659 | 300,571 | 40,498 | 341,069 | 365,824 | 48,535 | 414,359 |
| 2050 | 245,625 | 33,614 | 279,239 | 304,123 | 40,943 | 345,066 | 372,360 | 49,336 | 421,696 |

### Annual Change (Customer Count)

| Year | Low Res | Low Com/Ind | Low Total | Expected Res | Expected Com/Ind | Expected Total | High Res | High Com/Ind | High Total |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 2024 | 0.84% | 0.77% | 0.83% | 1.72% | 1.57% | 1.70% | 2.54% | 2.33% | 2.51% |
| 2025 | 0.82% | 0.75% | 0.81% | 1.66% | 1.50% | 1.66% | 2.49% | 2.25% | 2.46% |
| 2026 | 0.81% | 0.73% | 0.80% | 1.66% | 1.51% | 1.64% | 2.45% | 2.22% | 2.42% |
| 2027 | 0.79% | 0.73% | 0.79% | 1.63% | 1.50% | 1.61% | 2.41% | 2.21% | 2.39% |
| 2028 | 0.78% | 0.72% | 0.78% | 1.61% | 1.46% | 1.59% | 2.39% | 2.18% | 2.36% |
| 2029 | 0.77% | 0.70% | 0.76% | 1.58% | 1.44% | 1.56% | 2.34% | 2.13% | 2.32% |
| 2030 | 0.75% | 0.69% | 0.75% | 1.56% | 1.42% | 1.54% | 2.31% | 2.11% | 2.29% |
| 2031 | 0.75% | 0.68% | 0.74% | 1.53% | 1.40% | 1.51% | 2.28% | 2.08% | 2.26% |
| 2032 | 0.73% | 0.68% | 0.73% | 1.51% | 1.38% | 1.50% | 2.25% | 2.06% | 2.23% |
| 2033 | 0.72% | 0.66% | 0.71% | 1.48% | 1.36% | 1.47% | 2.21% | 2.02% | 2.19% |
| 2034 | 0.71% | 0.66% | 0.70% | 1.46% | 1.35% | 1.45% | 2.18% | 2.01% | 2.16% |
| 2035 | 0.70% | 0.64% | 0.69% | 1.44% | 1.33% | 1.43% | 2.15% | 1.97% | 2.13% |
| 2036 | 0.69% | 0.64% | 0.69% | 1.43% | 1.32% | 1.41% | 2.13% | 1.98% | 2.11% |
| 2037 | 0.68% | 0.63% | 0.67% | 1.40% | 1.29% | 1.39% | 2.10% | 1.93% | 2.08% |
| 2038 | 0.67% | 0.62% | 0.67% | 1.38% | 1.27% | 1.37% | 2.07% | 1.90% | 2.05% |
| 2039 | 0.66% | 0.61% | 0.66% | 1.36% | 1.27% | 1.35% | 2.04% | 1.89% | 2.03% |
| 2040 | 0.65% | 0.60% | 0.65% | 1.35% | 1.23% | 1.33% | 2.02% | 1.86% | 2.00% |
| 2041 | 0.64% | 0.60% | 0.64% | 1.33% | 1.24% | 1.32% | 1.99% | 1.85% | 1.97% |
| 2042 | 0.63% | 0.60% | 0.63% | 1.30% | 1.22% | 1.30% | 1.97% | 1.83% | 1.95% |
| 2043 | 0.63% | 0.57% | 0.62% | 1.29% | 1.19% | 1.28% | 1.94% | 1.77% | 1.92% |
| 2044 | 0.62% | 0.58% | 0.62% | 1.28% | 1.20% | 1.27% | 1.92% | 1.80% | 1.91% |
| 2045 | 0.61% | 0.57% | 0.60% | 1.26% | 1.17% | 1.25% | 1.89% | 1.75% | 1.88% |
| 2046 | 0.60% | 0.56% | 0.60% | 1.26% | 1.15% | 1.23% | 1.87% | 1.74% | 1.86% |
| 2047 | 0.59% | 0.56% | 0.59% | 1.23% | 1.15% | 1.22% | 1.85% | 1.72% | 1.83% |
| 2048 | 0.59% | 0.55% | 0.59% | 1.22% | 1.13% | 1.21% | 1.83% | 1.71% | 1.82% |
| 2049 | 0.58% | 0.55% | 0.58% | 1.20% | 1.12% | 1.19% | 1.81% | 1.69% | 1.79% |
| 2050 | 0.57% | 0.53% | 0.57% | 1.18% | 1.10% | 1.17% | 1.79% | 1.65% | 1.77% |

# DECLARATION OF BRIAN L. ROBERTSON - ATTACHMENT 2

Commission Staff Comments Regarding 2023 Natural Gas Integrated Resource Plan, 5, In the Matter of Cascade Natural Gas Corporation 2023 Integrated Resource Plan, Washington Utilities and Transportation Commission Docket No. UG-220131 (Apr. 28, 2023)

Major Staff Concerns

While Staff provides numerous recommendations in response to Cascade's IRP, the central and principal concerns for Staff are the (1) Demand Forecast, and (2) CCA analysis. These two components are the keystones of the IRP. The central question of the IRP document is to "meet current and future needs at the lowest reasonable cost to the utility and its ratepayers."[10] The demand forecast defines the need and the CCA drives much of the future cost analysis.

As will be explained in further detail below, Cascade notes that growth in customer counts drives the demand forecast. Staff finds that Cascade does not consider the impact of building codes and building code statutes that will significantly impact customer counts. Recent building code changes are substantially reducing the ability of customers to install natural gas furnaces in some new buildings. By statutory mandate, these restrictions should continue to tighten in the future. Further, the State Building Code Council has a statutory goal of reducing emissions from fossil fuels in new buildings to zero by 2031. Combined, Staff finds these statutes and code changes should result in zero customer growth by 2031. After which time, the natural rate of building stock attrition should consistently decrease customer counts. These clear statutory bounds on customer counts contrast sharply with Cascade's assumptions about demand growth every year indefinitely into the future.

As will be discussed at greater length below, Staff identified significant issues with Cascade's limited analysis of the CCA. The Company bears additional costs through the requirement to purchase emissions allowances or other compliance resources. Previously, gas utilities typically only had to analyze the lowest reasonable cost between natural gas and conservation. In 2023, gas utilities are required to assess the lowest reasonable cost with regards to natural gas, free allowances, auctioned allowances, offsets, RNG, various green synthetic fuels, as well as penalties for non-compliance. Staff notes that Cascade does not consider RNG, limitations on the number of allowances sold at auction, nor problems with relying upon Price Ceiling Units. Staff finds that failing to include these compliance resources and limitations in its analysis makes Cascade's lowest reasonable cost analysis inadequate. The purpose of an IRP is to examine a range of resources and forecasts of future natural gas demand in order to develop a "short-term plan outlining the specific actions to be taken by the utility in implementing the long-range integrated resource plan during the two years following submission.[11]"

The IRP lacks an accurate demand forecast and CCA analysis, which introduces risk into planning of current or potential acquisition(s) of resources. The regulatory landscape has shifted dramatically since the last IRP in 2020. These changes have large implications for ratepayers, and it is imperative that gas utilities conduct accurate analysis now so that foreseeable harm can be avoided.

---

[10] WAC 480-90-238(2)(a)
[11] WAC 480-90-238(3)(h)