| | |
|---|---|
| 1 | LANE POWELL PC |
| 2 | Callie A. Castillo, WSBA No. 38214 |
| 3 | Devon J. McCurdy, WSBA No. 52663 |
| 4 | Angela Foster, WSBA No. 52269 |
|   | Daniel Miller, WSBA No. 56810 |
| 5 | 1420 Fifth Avenue, Suite 4200 |
|   | P.O. Box 91302 |
| 6 | Seattle, Washington 98111-9402 |
| 7 | Telephone: 206.223.7000 |
|   | Facsimile: 206.223.7107 |
| 8 | castilloc@lanepowell.com |
| 9 | mccurdyd@lanepowell.com |
|   | fostera@lanepowell.com millerd@lanepowell.com (*admission to Eastern District* |
| 10 | *of Washington forthcoming*) |
| 11 | millerd@lanepowell.com (*admission to Eastern District of Washington* |
|    | *forthcoming*) |
| 12 | *Counsel for the Homeowners, Builders, and Suppliers* |
| 13 | BAKER BOTTS L.L.P. |
| 14 | Megan H. Berge (DC Bar No. 983714) (*pro hac vice*) |
|    | Thomas Jackson (DC Bar No. 384708) (*pro hac vice*) |
| 15 | Scott Novak (DC Bar No. 1736274) (*pro hac vice pending*) |
| 16 | 700 K Street NW |
|    | Washington, D.C. 20001 |
| 17 | 202-639-1308 |
| 18 | megan.berge@bakerbotts.com |
|    | thomas.jackson@bakerbotts.com |
| 19 | scott.novak@bakerbotts.com |
| 20 | |
| 21 | Francesca Eick (WA Bar No. 52432) |
|    | 401 S 1st, Suite 1300 |
| 22 | Austin, TX 78704 |
|    | 512-322-2672 |
| 23 | francesca.eick@bakerbotts.com |
| 24 | *Counsel for the Utilities* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| 26 | JAMON RIVERA, an individual; | No. 1:23-cv-03070-SAB |
| 27 | INLAND NW AGC, a membership organization; SPOKANE HOME | **DECLARATION OF CHERYL** |

DECLARATION OF CHERYL STEWART - 1
CASE NO. 1:23-cv-03070-SAB

132285.0009/9397916.1

DocuSign Envelope ID: 4A9BA3FD-585D-4434-A8AE-3D8B62537F69

| | |
|---|---|
| BUILDER'S ASSOCIATION, a nonprofit corporation; WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS, a labor organization; CONDRON HOMES LLC, a limited liability company; PARAS HOMES LLC, a limited liability company; GARCO CONSTRUCTION INC., a for-profit corporation, NATIONAL PROPANE GAS ASSOCIATION, a national trade association, CITIZEN ACTION DEFENSE FUND, a nonprofit corporation; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; AND NORTHWEST NATURAL GAS COMPANY,<br><br>                Plaintiffs,<br><br>   v.<br><br>WASHINGTON STATE BUILDING CODE COUNCIL,<br><br>                Defendant. | STEWART |

## DECLARATION OF CHERYL STEWART

I, Cheryl Stewart, declare as follows:

1. I am the Executive Director of the Inland Northwest Association of General Contractors ("Inland NW AGC"), headquartered in Spokane, Washington.

2. Inland NW AGC is a Washington Non-Profit Corporation organized under 501(c)(6). It is a membership organization dedicated to furthering the ever changing agenda of commercial construction contractors. Inland NW AGC represents all facets of commercial construction for both public and private entities, including building, heavy highway, and municipal projects.

3. Founded in 1921, the Inland NW AGC chapter is one of 89 chapters of the Associated General Contractors of America. Inland NW AGC represents over

DECLARATION OF CHERYL STEWART - 2
CASE NO. 1:23-cv-03070-SAB

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132285.0009/9397916.1

1  380 companies throughout Eastern Washington. Our members construct
2  commercial, public, and multi-family residential buildings.

3  4. Inland NW AGC advocates for the construction industry on federal, state, and
4  local legislative and regulatory issues.

5  5. The energy code changes that are the subject of this lawsuit increase the cost
6  of building homes and commercial buildings without an equivalent increase
7  in value, potentially reducing our members' margins.

8  6. Alternatively, if our members pass on the cost of these regulations to the
9  consumer, there will be fewer consumers who can purchase new construction
10 commercial buildings constructed by our members.

11 7. Some of our members tell us that for large-scale commercial building projects,
12 utilizing electrical heating systems as required by the code changes are
13 causing additional costs and delays. The requirement to install electrical
14 heating systems effectively bans the use of natural gas heating systems. The
15 electrical equipment required to provide an all-electric heating system in a
16 large commercial building, as required by the code changes, is not readily
17 available in the United States. Procuring this equipment causes long delays
18 and additional overhead costs that harms our members.

19 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
20 is true and correct.

21 Executed on this <sup>May 31, 2023 | 1:30 PM PDT</sup> day of May 2023, at Spokane, Washington.



Cheryl Stewart

DECLARATION OF CHERYL STEWART - 3
CASE NO. 1:23-cv-03070-SAB

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132285.0009/9397916.1