LANE POWELL PC
Callie A. Castillo, WSBA No. 38214
Devon J. McCurdy, WSBA No. 52663
Angela Foster, WSBA No. 52269
Daniel Miller, WSBA No. 56810
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
castilloc@lanepowell.com
mccurdyd@lanepowell.com
fostera@lanepowell.com
millerd@lanepowell.com (*admission to Eastern District of Washington forthcoming*)
*Counsel for the Homeowners, Builders, and Suppliers*

BAKER BOTTS L.L.P.
Megan H. Berge (DC Bar No. 983714) (*pro hac vice*)
Thomas Jackson (DC Bar No. 384708) (*pro hac vice*)
Scott Novak (DC Bar No. 1736274) (*pro hac vice application forthcoming*)
700 K Street NW
Washington, D.C. 20001
202-639-1308
megan.berge@bakerbotts.com
thomas.jackson@bakerbotts.com
scott.novak@bakerbotts.com

Francesca Eick (WA Bar No. 52432)
401 S 1st, Suite 1300
Austin, TX 78704
512-322-2672
francesca.eick@bakerbotts.com
*Counsel for the Utilities*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JAMON RIVERA, an individual; INLAND NW AGC, a membership organization; SPOKANE HOME BUILDER'S ASSOCIATION, a nonprofit corporation; | No. 1:23-cv-03070-SAB<br><br>**DECLARATION OF JOEL WHITE** |

Declaration of Joel White - 1
CASE NO. 1:23-cv-03070-SAB

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132285.0009/9398702.1

WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS, a labor organization; CONDRON HOMES LLC, a limited liability company; PARAS HOMES LLC, a limited liability company; GARCO CONSTRUCTION INC., a for-profit corporation, NATIONAL PROPANE GAS ASSOCIATION, a national trade association, CITIZEN ACTION DEFENSE FUND, a nonprofit corporation; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; AND NORTHWEST NATURAL GAS COMPANY,

Plaintiffs,

v.

WASHINGTON STATE BUILDING CODE COUNCIL,

Defendant.

# DECLARATION OF JOEL WHITE

I, Joel White, declare as follows:

1. I am the Executive Officer of the Spokane Home Builders Association ("SHBA"), located in Spokane Valley, Washington. I have personal knowledge of the facts set forth herein.

2. SHBA has been supporting the housing industry since 1947. SHBA advocates diligently for pro-housing legislation and regulations in Washington state.

3. SHBA represents over 750 member companies in seven counties in Washington, including Spokane, Whitman, Pend Oreille, Stevens, Ferry, Lincoln, and Grant, and our members employ over 10,000 individuals in the construction industry in Washington.

Declaration of Joel White - 2
CASE NO. 1:23-cv-03070-SAB

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132285.0009/9398702.1

4. The energy code provisions negatively impact our members in numerous ways.

5. The energy code provisions increase the cost of building homes and commercial buildings without an equivalent increase in value, reducing our members' margins or reducing buyers' returns on investment.

6. If our members pass on the cost of these code changes to the consumer, there will are fewer consumers who can purchase new construction homes from our members. Based on economic research from the National Association of Home Builders showing the impact of price increases on potential home buyers, for every $1,000 increase in the cost of a home, 92 families in our market are priced out of the ability to purchase a new home. This is in addition to data showing that nearly 90% of our existing population already cannot afford a home at the median new home price.

7. All new home buyers will be impacted by these price increases but these costs will have an even greater impact on lower income home buyers who are struggling to qualify for financing. The upfront costs of a home are the greatest barrier to homeownership.

8. Furthermore, this change will negatively impact consumers who live in our region, where the temperature fluctuates immensely between seasons. By requiring electric heat pumps as a primary system in every home, the code effectively prohibits natural gas heating systems, unless they are a secondary system, and it is cost prohibitive for most homeowners to install both an electric heat pump and a natural gas furnace for reliable heat. The temperatures in our region can fluctuate over 100 degrees and homeowners require reliable heating and cooling systems to protect their lives. Without a backup heat source during electric outages, we have seen numerous stories where lives were lost. Many citizens throughout our territory are low-income and will not be able to afford a secondary heat source. The

Declaration of Joel White - 3
CASE NO. 1:23-cv-03070-SAB

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132285.0009/9398702.1

change in the energy code may drive consumers to purchase existing homes over the new construction homes produced by our members. Ultimately, the energy code provisions harm both homebuilders and consumers.

9. In short, the code changes decrease our members' profits—either by causing them to absorb the additional cost of implementing two different heating systems or by decreasing marketability of their product.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1ST day of June 2023, at Spokane Valley, Washington.

_____
Joel White

Declaration of Joel White - 4
CASE NO. 1:23-cv-03070-SAB

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132285.0009/9398702.1