| | |
|---|---|
| 1 | R. JULY SIMPSON, WSBA #45869 |
| | WILLIAM MCGINTY, WSBA #41868 |
| 2 | DIERK MEIERBACHTOL, WBSA #31010 |
| | Assistant Attorneys General |
| 3 | EMMA GRUNBERG, WSBA #54659 |
| | Deputy Solicitor General |
| 4 | Washington Attorney General's Office |
| | 7141 Cleanwater Dr. SW |
| 5 | Olympia, WA 98504-0111 |
| | P.O. Box 40111 |
| 6 | (360) 709-6470 |
| | July.Simpson@atg.wa.gov |
| 7 | William.McGinty@atg.wa.gov |
| | Dierk.Meierbachtol@atg.wa.gov |
| 8 | Emma.Grunberg@atg.wa.gov |
| | *Attorneys for Defendant* |
| 9 | *Washington State Building Code Council* |

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE**

| | |
|---|---|
| JAMON RIVERA, et al., | NO. 1:23-cv-03070-SAB |
| Plaintiffs, | DECLARATION OF DUSTIN CURB |
| v. | August 11, 2023 |
| WASHINGTON STATE BUILDING CODE COUNCIL, | Without Oral Argument |
| Defendant. | |

I, Dustin Curb, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

DECLARATION OF DUSTIN CURB
NO. 1:23-cv-03070-SAB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

2. I am a code specialist employed by the Washington State Building Code Council, which is an agency established in the Washington Department of Enterprise Services (DES). This position is the recognized specialist and subject matter expert in multiple building codes. In this position, I provide expert level analysis and consultation to the DES executive management and outside organizations, and independent staff support and specialized expertise to the State Building Code Council and technical advisory groups on the state's building code amendment process. I perform professional level duties by preparing documents and code opinions for council approval. I also provide critical support for the State Building Code Council in its role in establishing the minimum building, residential, mechanical, fire, plumbing and energy code requirements necessary to promote the health, safety and welfare of the people of the state of Washington.

3. Prior to my employment with the State Building Code Council, I was employed by Island County Building Department as the Building Official. In that role, my duties included understanding and interpreting plans, diagrams, blueprints and specifications; managing and coordinating the work of supervisory, professional, and technical personnel; and administering a variety of building inspection and related code enforcement activities. As part of that work, I analyzed and checked building plans and specifications; assisted in preparing local code amendments; interpreted building policies and procedures to the general public; and interpreted and applied County policies, procedures, rules and regulations as

DECLARATION OF DUSTIN CURB
NO. 1:23-cv-03070-SAB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1 | well as the International Building Codes as amended by the State of Washington.

2 |     4.    In these roles, I gained an understanding of the building permitting

3 | process in Island County and in Washington State generally. The particulars of

4 | building permitting varies to some degree from county to county and also from

5 | city to city across Washington State, but the basic outline remains the same.

6 |     5.    Each jurisdiction is required by state law to set out the requirements

7 | for a fully completed building application and issuance of building permits. The

8 | following items are required in, although as noted above, the same basic materials

9 | are required throughout jurisdictions in the State:

10 |     a.    Completed application forms for the jurisdiction at issue;

11 |     b.    Building plans;

12 |     c.    Engineering and structural plans, when design exceeds the scope of

13 |     the prescriptive code provisions;

14 |     d.    Energy code worksheet, if work involves creation of or modification

15 |     to a climate-controlled building;

16 |     e.    Site plan;

17 |     f.    Proof of approve access permit;

18 |     g.    Proof approved address application;

19 |     h.    Proof of approved septic permit; and

20 |     i.    Proof of approved water availability verification.

21

22

DECLARATION OF DUSTIN CURB
NO. 1:23-cv-03070-SAB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

6. These materials are first reviewed by a jurisdiction's buiding department for completeness. If the materials appear to be complete, then they are placed in a queue for a review of their compliance with applicable building codes. The applicable building codes are those that are in force at the time the application is received. (This is called "vesting".) These codes include the state building codes established by the State Building Code Council, as well as any local amendments to the code established by the local jurisdiction.

7. If, after review, the applicant's plan appears to be compliant with all applicable building codes, the applicant will be issued a building permit for the project. The permit is valid for two years.

8. If, after review, the plan does not appear to be compliant, then the applicant is notified of areas in which there is noncompliance. The applicant then has one year to correct the errors, still under the building codes that were in effect at the time. If the errors are not corrected, then, after one year, the application expires and the applicant will be notified of the expiration of the application. If a new application is submitted then the building codes in effect at the time of the new application will be applied.

9. If the applicant does not agree that the application had errors, then the applicant may appeal the determination of noncompliance. Each jurisdiction administers its appellate process somewhat differently. In general, however, an administrative hearing will be scheduled by the jurisdiction's hearing examiner.

DECLARATION OF DUSTIN CURB
NO. 1:23-cv-03070-SAB

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1  The local jurisdiction will be responsible for showing evidence as to why the
2  application had errors, and the applicant will be responsible for showing evidence
3  as to why the permit should have been granted. At the end of the process the
4  hearing examiner will issue a decision. If the decision is not favorable to the
5  applicant, the applicant may appeal the hearing examiner's decision to a
6  Washington State court.

7      10.   If at any point in the building permit process the applicant does not
8  agree with the findings of the local building department, the appeal process can
9  begin. It is my experience that local building officials try to resolve these sorts of
10 disputes short of a formal appeal, but the formal appeal process is always
11 available to applicants.

12     I declare under penalty of perjury under the laws of the State of
13 Washington and the United States that the foregoing is true and correct.

14     DATED this  14th  day of  June  2023 at  1500 Jefferson St ,
15  Olympia, WA 98501  .

16
17                                                                             Dustin Curb
18                                                                             Code Specialist
                                                                            Washington State Building Code Council

19
20
21
22

DECLARATION OF DUSTIN CURB
NO. 1:23-cv-03070-SAB

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 22nd day of June 2023, at Tacoma, Washington.

/s/ R. July Simpson
R. JULY SIMPSON, WSBA #45869
Assistant Attorney General

DECLARATION OF DUSTIN CURB
NO. 1:23-cv-03070-SAB

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470