R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
SARAH E. SMITH, WSBA #55770
Assistant Attorneys General
EMMA GRUNBERG, WSBA #54659
Deputy Solicitor General
Washington Attorney General's Office
7141 Cleanwater Dr. SW
Olympia, WA 98504-0111
P.O. Box 40111
(360) 709-6470
July.Simpson@atg.wa.gov
William.McGinty@atg.wa.gov
Sarah.E.Smith@atg.wa.gov
Emma.Grunberg@atg.wa.gov
*Attorneys for Defendant
Washington State Building Code Council*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| JAMON RIVERA, et al., | NO. 1:23-cv-03070-SAB |
| Plaintiffs, | NOTICE STRIKING MOTION TO DISMISS |
| v. | |
| WASHINGTON STATE BUILDING CODE COUNCIL, et al., | |
| Defendants, | |
| CLIMATE SOLUTIONS, et al., | |
| Defendant-Intervenors. | |

Defendant, Washington State Building Code Counsel, gives notice that its Motion to Dismiss, ECF No. 38, is stricken. Defendants will file an Amended

NOTICE STRIKING MOTION TO DISMISS
NO. 1:23-cv-03070-SAB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1 | Motion to Dismiss to replace that motion at a later date.

2 | DATED this 12th day of July 2023.

ROBERT W. FERGUSON
Attorney General

*/s/ R. July Simpson*
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
SARAH E. SMITH, WSBA #55770
Assistant Attorneys General
EMMA GRUNBERG, WSBA #54659
Deputy Solicitor General
July.Simpson@atg.wa.gov
William.McGinty@atg.wa.gov
Sarah.E.Smith@atg.wa.gov
Emma.Grunberg@atg.wa.gov
*Attorneys for Defendant*
*Washington State Building Code Council*

NOTICE STRIKING MOTION TO DISMISS
NO. 1:23-cv-03070-SAB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

# DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 12th day of July 2023, at Olympia, Washington.

*/s R. July Simpson*
R. JULY SIMPSON, WSBA #45869
Assistant Attorney General

NOTICE STRIKING MOTION TO DISMISS
NO. 1:23-cv-03070-SAB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470