# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMON RIVERA, et al, <br><br> Plaintiffs, <br><br> -vs- <br><br> WASHINGTON STATE BUILDING CODE COUNCIL, et al., <br><br> Defendants. <br><br> CLIMATE SOLUTIONS, et al., <br><br> Defendant-Intervenors. | Case No.    1:23-CV-3070-SAB <br><br> **CIVIL MINUTES** <br><br> DATE:    JULY 18, 2023 <br><br> LOCATION:   YAKIMA, WA <br><br> **MOTION FOR PRELIMINARY INJUNCTION HEARING** |

**Chief Judge Stanley A. Bastian**

| Michelle Fox | 02 | Kimberly Allen |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Megan Berge <br> Scott Novak <br> Callie Castillo <br> Brooke Cunningham <br><br> **Plaintiffs' Counsel** | | William McGinty <br> July Simpson <br><br> Jan Hasselman - Intervenor <br> Noelia Gravotta - Intervenor <br><br> **Defendants' Counsel** |

[ X ]  Open Court          [  ]  Chambers          [  ]  Telecon/Video

Motion for Preliminary Injunction, ECF No. 25

Court addresses counsel.  The Court has entered an order for the sur-replies.

M. Berge summarizes the issues to be argued on the merits of irreparable harm, ripeness and standing and C. Castillo will argue irreparable harm, balance of equities and public interest and Eleventh Amendment.

Court asks if the Eleventh Amendment needs to be argued today?  It doesn't relate to the preliminary injunction.
   M. Berge understands and is not necessary today.

# [X ]   ORDER FORTHCOMING

| CONVENED: 10:00 A.M. | ADJOURNED: 11:00 A.M. | TIME:  1 HR. | CALENDARED    [ X ] |
|---|---|---|---|

M. Berge presents argument.

Court states that it was just a question about the Eleventh Amendment. If the parties believe it is necessary for the Injunction, then it can be argued.
    C. Castillo responds.

C. Castillo presents argument. Court questions counsel - how do we know no steps were taken. C. Castillo responds and continues argument. Court questions counsel. C. Castillo responds. Court questions counsel – no mandate. C. Castillo responds. Court questions counsel. C. Castillo responds and continues argument.

W. McGinty presents argument. Court questions counsel. W. McGinty responds and continues argument. Court questions counsel. W. McGinty responds and continues argument.

J. Hasselman presents argument.

Rebuttal argument by M. Berge.

Rebuttal argument by C. Castillo.

Court addresses counsel. DENY Motion for Preliminary Injunction. Court makes comments for the record on the ruling. Court addresses the four prongs. Berkley decision is still pending. Court will issue an Order.