1  LANE POWELL PC
   Callie A. Castillo, WSBA No. 38214
2  Devon J. McCurdy, WSBA No. 52663
   Angela Foster, WSBA No. 52269
3  Daniel Miller, WSBA No. 56810
   1420 Fifth Avenue, Suite 4200
4  P.O. Box 91302
   Seattle, Washington 98111-9402
5  Telephone:  206.223.7000
   Facsimile:  206.223.7107
6  castilloc@lanepowell.com
   mccurdyd@lanepowell.com
7  fostera@lanepowell.com
   millerd@lanepowell.com
8  *Counsel for the Homeowners, Builders, and Suppliers*

9  BAKER BOTTS L.L.P.
   Megan H. Berge (DC Bar No. 983714) (*pro hac vice*)
10 Thomas Jackson (DC Bar No. 384708) (*pro hac vice*)
   Scott Novak (DC Bar No. 1736274) (*pro hac vice*)
11 700 K Street NW
   Washington, D.C. 20001
12 202-639-1308
   megan.berge@bakerbotts.com
13 thomas.jackson@bakerbotts.com
   scott.novak@bakerbotts.com
14 Francesca Eick (WA Bar No. 52432)
   401 S 1st, Suite 1300
15 Austin, TX 78704
   512-322-2672
16 francesca.eick@bakerbotts.com

17 RANDALL | DANSKIN, P.S.
   Brook L. Cunningham, WSBA #39270
18 601 W. Riverside Avenue, Suite 1500
   Spokane, WA 99201
19 Telephone: (509) 747-2502
   Fax: (509) 624-2528
20 Email: blc@randalldanskin.com
   *Counsel for the Utilities*

PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE - i
CASE NO. 1:23-cv-03070-SAB

BAKER BOTTS L.L.P.
700 K ST NW
WASHINGTON, D.C. 20001

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMON RIVERA, an individual; INLAND NW AGC, a membership organization; SPOKANE HOME BUILDER'S ASSOCIATION, a nonprofit corporation; WASHINGTON STATE ASSOCIATION OF UA PLUMBERS, PIPEFITTERS AND HVAC/R SERVICE TECHNICIANS, a labor organization; CONDRON HOMES LLC, a limited liability company; PARAS HOMES LLC, a limited liability company; GARCO CONSTRUCTION INC., a for-profit corporation, NATIONAL PROPANE GAS ASSOCIATION, a national trade association, CITIZEN ACTION DEFENSE FUND, a nonprofit corporation; AVISTA CORPORATION; CASCADE NATURAL GAS CORPORATION; AND NORTHWEST NATURAL GAS COMPANY,<br><br>                Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE BUILDING CODE COUNCIL; KJELL ANDERSON, JAY ARNOLD, TODD BEYREUTHER, JUSTIN BOURGAULT, MICAH CHAPPELL, ANTHONY DOAN, DAIMON DOYLE, TOM HANDY, ROGER HEERINGA, MATTHEW HEPNER, CRAIG HOLT, TYE MENSER, PETER RIEKE, KATY SHEEHAN, CAROLINE TRAUBE, in their official capacities,<br><br>                Defendants. | No. 1:23-cv-03070-SAB<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Without Oral Argument |

In light of this Court's finding that Defendants have delayed the effective date of the Appliance Restrictions and have initiated a process to consider amending them to comply with the Energy Policy and Conservation Act, 42 U.S.C. § 6201 *et seq.*, and *California Restaurant Association v. City of Berkeley,* 65 F.4th 1045 (9th Cir. 2023), *see* ECF No. 73, Plaintiffs voluntarily dismiss the above-captioned case without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (stating a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment). No answer or motion for summary judgment has been served in the above-captioned case.

DATED: August 3, 2023

By: */s/ Callie A. Castillo*
LANE POWELL PC
Callie A. Castillo, WSBA No. 38214
Devon J. McCurdy, WSBA No. 52663
Angela Foster, WSBA No. 52269
Daniel Miller, WSBA No. 56810
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
castilloc@lanepowell.com
mccurdyd@lanepowell.com
fostera@lanepowell.com
millerd@lanepowell.com
*Counsel for the Homeowners, Builders, and Suppliers*

PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE - 1
CASE NO. 1:23-cv-03070-SAB

BAKER BOTTS L.L.P.
700 K ST NW
WASHINGTON, D.C. 20001

By: */s/ Francesca Eick*
BAKER BOTTS L.L.P.
Francesca Eick (WA Bar No. 52432)
401 S 1st, Suite 1300
Austin, TX 78704
Telephone:  512-322-2672
francesca.eick@bakerbotts.com

Megan H. Berge (DC Bar No. 98371)
Thomas Jackson (DC Bar No. 384708)
Scott Novak (DC Bar No. 1736274)
700 K Street NW
Washington, D.C. 20001
Telephone:  202-639-1308
megan.berge@bakerbotts.com
thomas.jackson@bakerbotts.com
scott.novak@bakerbotts.com

Brook L. Cunningham, WSBA #39270
RANDALL | DANSKIN, P.S.
601 W. Riverside Avenue, Suite 1500
Spokane, WA 99201
Telephone: (509) 747-2502
Fax: (509) 624-2528
Email: blc@randalldanskin.com

*Counsel for the Utilities*

PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE - 2
CASE NO. 1:23-cv-03070-SAB

BAKER BOTTS L.L.P.
700 K ST NW
WASHINGTON, D.C. 20001

# CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

August 3, 2023

Respectfully submitted,

By: */s/ Francesca Eick*
BAKER BOTTS L.L.P.
Francesca Eick (WA Bar No. 52432)
401 S 1st, Suite 1300
Austin, TX 78704
Telephone: 512-322-2672
francesca.eick@bakerbotts.com

PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE - 3
CASE NO. 1:23-cv-03070-SAB

BAKER BOTTS L.L.P.
700 K ST NW
WASHINGTON, D.C. 20001