FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMON RIVERA, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>WASHINGTON STATE BUILDING CODE COUNCIL, et al,<br><br>    Defendants,<br><br>CLIMATE SOLUTIONS, et al.,<br><br>    Defendant-Intervenors. | No. 1:23-CV-03070-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

Before the Court is Defendants' Motion to Dismiss, ECF No. 68. Plaintiffs are represented by Angela Foster, Callie A. Castillo, Daniel R. Miller, Devon McCurdy, Brook L. Cunningham, Francesca Eick, Megan H. Berge, R. Scott Novak, Jr., and Thomas C. Jackson. Defendants are represented by Dierk J. Meierbachtol, Emma Grunberg, R. July Simpson, Sarah E. Smith, William D. McGinty, and Jan E. Hasselman. The motion was heard without oral argument. Defendants' motion is granted without prejudice.

//
//
//
//
//

**ORDER GRANTING DISMISSAL AND CLOSING FILE** # 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion to Dismiss, ECF No. 68, is **GRANTED**.

2. Plaintiffs' First Amended Complaint is **DISMISSED without prejudice**.

3. Any pending motions are **DISMISSED as moot**.

**IT IS SO ORDERED**. The Clerk of Court is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 24th day of August 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE** # 2